IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| *MAXIMINO M. ESTRADA* | : | CIVIL ACTION |
| *INDIVIDUALLY AND AS* | : | |
| *ADMINISTRATOR OF THE ESTATE* | : | |
| *OF YOLAND A. CARIAS-SANTOS,* | : | |
| *DECEASED* | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| HOME DEPOT U.S.A., INC., et al. | : | NO. 08-CV-04367 |
| Defendants, | : | |

## CONFERENCE NOTICE

A Settlement Conference in the above-captioned case will be held on **September 1, 2009**, at **9:30 A.M.,** before the Honorable Timothy R. Rice, United States Magistrate Judge, in Room 3029, U.S. Courthouse, 601 Market Street, Philadelphia, Pa. 19106.

- Please notify the court if settlement is not a real possibility.

- The conference will not be held unless counsel has clients with full and complete settlement authority physically present for the duration of the conference. **Full and complete authority means the party's representative must possess authority consistent with the most recent demand**.[1]

Please complete the attached summary and fax it to Chambers (267) 299-5064 on or before **August 24, 2009**. Unless otherwise requested, summaries may be shared with opposing counsel.

\s\ Chavela M. Settles
Chavela M. Settles
Deputy Clerk to
Magistrate Judge Timothy R. Rice
(267) 299-7660

Date:   June 23, 2009
cc:     Attorneys Jesse L. Pleet, Kenneth M. Dubrow, Tiffany M. Alexander, and Frederick T. Lachat, Jr.

---

[1] Parties include all persons, corporations or other business entities, and insurance companies with an interest in the case, and each entity with an interest in the case must attend the conference. In the case of corporate or other business entities, the corporate official with ultimate settlement authority is required to attend. Where an insurance company is involved, a representative with full and complete settlement authority is also required to attend.

**SETTLEMENT CONFERENCE SUMMARY**

**CAPTION:** _____

**DISTRICT COURT JUDGE:** _____  **JURY / NONJURY**
                                                    **(Circle One)**
    **TRIAL/POOL DATE:** _____

**COUNSEL ATTENDING SETTLEMENT CONFERENCE:**

    **Name:** _____

    **Address:** _____

    **Phone:** _____

    **Client:** _____

**CLIENT ATTENDING SETTLEMENT CONFERENCE:**

**Name of Individual with Ultimate Settlement Authority who will be present at the settlement conference (include company and position where applicable):**

_____

**MOTIONS PENDING:**

_____
_____
_____

**OTHER RELEVANT MATTERS:**

_____
_____
_____

**PRIOR OFFERS / DEMANDS:**

_____
_____

**ATTACH SYNOPSIS OF CASE (LIMITED TO ONE PAGE)**