

## LAW OFFICES OF JESSE L. PLEET, P.C.

1150 Berkshire Blvd.          (610) 373-8570
Suite 220                     (800) 270-8570
Wyomissing, PA  19610         Fax (610) 373-8571

www.lawyers.com/pleetfirm

Jesse L. Pleet
*Certified Civil Trial Specialist*
*National Board Of Trial Advocacy*

Certified Paralegals
Sandra M. Gamler
Denise D. Belluch
Ingrid P. Martin

September 3, 2009

SENT BY FAX AND FIRST CLASS MAIL

Honorable Paul S. Diamond
U.S. District Court for the Eastern District of Pa.
6613 U.S. Courthouse
601 Market Street
Philadelphia, PA  19106

Re:   Maximino M. Estrada, individually and as
      Administrator of the Estate of Yolanda A. Carias-Santos
      v. Home Depot USA, Inc., Honda North America, Inc.
      and MTA Distributors, Inc.
      Civil Action No. 08-4367

      Harleysville Mutual Insurance Company v. Home Depot U.S.A., Inc.
      U.S.D.C., E.D. Pa.; Civil Action No. 09-CV-3782
      Our File No. 2886

FILED

SEP 1 1 2009

MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

Dear Judge Diamond:

    As you might be aware the mediation you had ordered to occur before Magistrate Judge
Timothy R. Rice was suspended September 1, 2009.  Judge Rice mentioned his plan to provide
you with a full report of what occurred.

    I have not been copied on whatever pleading has been recently filed by Harleysville
Insurance Company.  Attorney Dubrow alerted Judge Rice and all parties present for the
mediation that a declaratory judgment action had been filed in the Eastern District August 18,
2009 naming Home Depot as the sole defendant.

    Enclosed is a copy of correspondence January 22, 2009 from Juanita Purcell on behalf of
Harleysville Insurance Company.  Ms. Purcell attended the mediation on behalf of MTA.  This
letter was provided to me by Home Depot through responses to plaintiff's request for production
of documents.  This is a reservation of rights letter addressed to Home Depot counsel in Chicago.
I also received answers to insurance coverage interrogatories and document responses from
MTA, insured by Harlesyville, advising insurance coverages in force for MTA.

    We understand that Home Depot is the only named defendant in the declaratory judgment
action. Maximino Estrada, American Honda Motor Company, Inc., and MTA Inc. would all be

Honorable Paul S. Diamond                                    September 3, 2009
U.S. District Court for the Eastern District of Pa.                    Page 2

interested parties in the coverage issues now being advanced by Harleysville.  Surprisingly, none
of these other parties were placed on notice of the dec action until September 1 to our collective
surprise.

        You had previously addressed the indemnification issues among the defendants.  As you
recall from the initial status conference January 5, 2009, defense counsel could not entertain
settlement negotiations because of the unresolved indemnity issues.   You ordered briefs to be
filed by the defendants.  They were submitted to the Court last April on indemnity issues.

        This declaratory judgment action filed on the brink of mediation apparently raises some
significant issues contrary to the enclosed coverage position statement from Harleysville. This
new declaratory judgment action could create a second front for numerous appealable issues.  It
calls into question effective settlement negotiations under the circumstances.

        The plaintiff respectfully requests a prompt conference among all counsel in both actions
with the court.  This would help resolve issues that are intertwined between the two actions. It
would also resolve what effect, if any, the new Harleysville action might have on pending
deadlines and the trial date of November 17, 2009.  We have copied Attorney William T. Salzer
who we understand filed the dec action.

        Thank you for your indulgence.

                                    Respectfully yours,

                                    LAW OFFICES OF JESSE L. PLEET, P.C.

                                    Jesse L. Pleet
                                    jpleet@pleetfirm.com

JLP:sld
Enclosure
cc:  The Honorable Timothy R. Rice (w/enc)
     United States Magistrate Judge
     U.S. District Court for the Eastern District of Pa.
     Kenneth M. Dubrow, Esquire  (w/enc)
     Tiffany M. Alexander, Esquire (w/enc)
     Frederick T. Lachat, Jr., Esquire (w/enc)
     William F. Salzer, Esquire (w/enc)
     Mrs. Denise D. Belluch, Paralegal