

# THE CHARTWELL
## LAW OFFICES, LLP

Reply to: Philadelphia Office
The Bell Atlantic Tower Building
1717 Arch Street, 46th floor
Philadelphia, PA 19103
(215) 972-7006 (telephone)
(215) 972-7008 (facsimile)

KENNETH M. DUBROW, ESQ.
(215) 972-5411
kdubrow@chartwelllaw.com

October 9, 2009

<u>VIA TELEFAX ONLY</u>

The Honorable Paul S. Diamond
United States District Court for the
Eastern District of Pennsylvania
6613 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106-1797

FILED
OCT 13 2009
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

RE: <u>Maximino M. Estrada, individually and as Administrator of the Estate of Yolanda A. Carias-Santos v. Home Depot U.S.A., Inc., et al. U.S.D.C., E.D. Pa.; Civil Action No. 08-CV-4367</u>

Dear Judge Diamond:

Pursuant to the Third Amended Scheduling Order, dated July 7, 2009, relative to the above matter, the parties' pre-trial joint submissions are to be filed on or before Wednesday, October 14, 2009. Counsel for the parties have been working diligently to comply with the Court's Order and proposed joint voir dire, jury interrogatories (verdict sheet) and jury instructions have been circulated and are currently being revised.

The parties, through counsel, have agreed to participate in a voluntary mediation on Wednesday, October 14, 2009 before Judge Welsh at JAMS. In light of the parties' efforts to finalize the pretrial submissions and agreement to participate in mediation, the parties are respectfully requesting a brief extension of time, until Friday, October 16, 2009, within which to submit the pretrial submissions in the event the matter does not settle following mediation.

PHILADELPHIA | VALLEY FORGE | HARRISBURG | PITTSBURGH | SCRANTON | WILMINGTON | NEW YORK | MT. LAUREL

www.chartwelllaw.com

Ltr. to Judge Diamond
October 9, 2009
Page 2

       Thank you for your courtesy and consideration in this regard.

                                                      Respectfully,

                                                      KENNETH M. DUBROW

cc:    Jesse L. Pleet, Esquire (via telefax)
       Frederick T. Lachat, Jr., Esquire (via telefax)
       Tiffany M. Alexander, Esquire (via telefax)

O:\Philly R Drive\5\Santos (34551)\Correspondence (JJ)\Ltr to Court 10.9.09.doc