

# LAW OFFICES OF JESSE L. PLEET, P.C.

1150 Berkshire Blvd.  (610) 373-8570
Suite 220  (800) 270-8570
Wyomissing, PA 19610  Fax (610) 373-8571

www.lawyers.com/pleetfirm

Jesse L. Pleet
*Certified Civil Trial Specialist*
*National Board Of Trial Advocacy*

October 16, 2009

Certified Paralegals
Sandra M. Gamler
Denise D. Belluch
Ingrid P. Martin

SENT BY FAX ONLY 267-299-5069
Honorable Paul S. Diamond
U.S. District Court for the Eastern District of Pa.
6613 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106



FILED
OCT 16 2009
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

Re: Maximino M. Estrada, individually and as
Administrator of the Estate of Yolanda A. Carias-Santos
v. Home Depot USA, Inc., American Honda Motor Co., Inc.
and MTA Distributors, Inc.
Civil Action No. 08-4367
Our File No. 2886

Dear Judge Diamond:

Thank you for accommodating the parties by extending the deadlines for the pretrial submissions until today. As you recall, the parties requested a two-day extension in order to allow for a private mediation October 14 before retired Federal Magistrate Judge Diane Welsh.

This was the second effort for mediation. The parties spent more than ten hours in joint session and private caucuses with Judge Welsh. We made meaningful progress but with no final settlement. For your general awareness, by the end of the day the plaintiff agreed to commit to a reduced settlement demand of $3.75 Million Dollars provided the defendants would increase their collective offer of $900,000 to $1 Million Dollars. Judge Welsh was impressed by the issues in the case and volunteered to stay involved. She has made herself available later this month to continue mediation while we otherwise stay on track toward a trial.

The plaintiff agreed with the defendants to provide the Court with an Exhibit Binder and pleadings. The parties agreed to submit a Master Trial Exhibit List rather than individual lists submitted from each of the four parties. Thousands of pages have been exchanged through discovery including nineteen depositions with extensive exhibits. All counsel have been diligent in their efforts to help organize a comprehensive list that would benefit everyone including the Court to facilitate your rulings on admissibility. All of the exhibits on the list have been stipulated to their authenticity.

Honorable Paul S. Diamond  
U.S. District Court for the Eastern District of Pa.

October 16, 2009  
Page 2

    The Master Trial Exhibit List will be completed today and filed; however, the photocopying of the records into an indexed binder for the Court requires some additional time. The plaintiff requests a one-week extension to submit the binders and copies of pleadings; the defendants have no objection.

    Thank you for your consideration.

Respectfully yours,

LAW OFFICES OF JESSE L. PLEET, P.C.

Jesse L. Pleet  
jpleet@pleetfirm.com

JLP:lkd  
cc: Kenneth M. Dubrow, Esquire  (fax 215-972-7008)  
    Tiffany M. Alexander, Esquire (fax 610-964-1981)  
    Frederick T. Lachat, Jr., Esquire (fax 215-922-1772)  
    Mrs. Denise D. Belluch, Paralegal



## LAW OFFICES OF JESSE L. PLEET, P.C.

1150 Berkshire Blvd.  (610) 373-8570
Suite 220  (800) 270-8570
Wyomissing, PA 19610  Fax (610) 373-8571

lawyers@pleetfirm.com

# Facsimile

To: Honorable Paul S. Diamond    From: Jesse L. Pleet, Esquire

Fax: 267 299-5069    Pages: 3 (including this page)

Re: Estrada v. American Honda    Date: October 16, 2009

• Comments:

This message is intended only for the use of the individual or entity to which it is addressed and may contain information which is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, be advised that any dissemination, distribution or copying of this communication is strictly prohibited. If this communication has been received in error, please notify us immediately by telephone. Thank you.

* * * * * * * *

IF YOU HAVE ANY PROBLEMS RECEIVING THIS MESSAGE OR DO NOT RECEIVE ALL OF THE PAGES INDICATED ABOVE, PLEASE CALL THE ABOVE NUMBER.

Hard copy will not be mailed.