**CAMPBELL CAMPBELL EDWARDS & CONROY**
PROFESSIONAL CORPORATION



WAYNE, PENNSYLVANIA
690 LEE ROAD
SUITE 300
WAYNE, PA 19087
TEL: (610) 964-1900
FAX: (610) 964-1981

PHILADELPHIA, PENNSYLVANIA
TWO PENN CENTER PLAZA
SUITE 200
PHILADELPHIA, PA 19102
TEL: (215) 564-0160
FAX: (610) 964-1981

TIFFANY M. ALEXANDER
(610) 964-6385
talexander@campbell-trial-lawyers.com



*Please direct all correspondence and deliveries to Wayne, PA Office.*

October 16, 2009

VIA FACSIMILE (267-299-5069)
Honorable Paul S. Diamond
**United States District Court for the Eastern District of Pennsylvania**
James A. Byrne Federal Courthouse
601 Market Street
Philadelphia, PA 19106

RE: <u>Maximino M. Estrada v. Home Depot, U.S.A., Inc.; American Honda Motor Company, Inc. and MTA Distributors, Inc.</u>
U.S. District Court – Eastern District of PA Docket No. 08-4367

Dear Judge Diamond:

I am in receipt of the Petition to Intervene filed by Harleysville Mutual Insurance Company on October 15, 2009. I write to advise that American Honda Motor Company does not oppose the motion.

Thank you for you consideration of this matter.

Respectfully,

CAMPBELL CAMPBELL EDWARDS & CONROY, P.C.

Tiffany M. Alexander, Esquire
Counsel for American Honda Motor Company, Inc.

FILED
OCT 16 2009
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

TMA/seb
cc: Jesse L. Pleet, Esquire
    Frederick T. LaChat, Jr., Esquire
    Kenneth M. Dubrow, Esquire

TOTAL P.02