


**LAW OFFICES OF JESSE L. PLEET, P.C.**

1150 Berkshire Blvd.  (610) 373-8570
Suite 220  (800) 270-8570
Wyomissing, PA 19610  Fax (610) 373-8571

www.lawyers.com/pleetfirm

Jesse L. Pleet
*Certified Civil Trial Specialist*
*National Board Of Trial Advocacy*

October 16, 2009

Certified Paralegals
Sandra M. Gamler
Denise D. Belluch
Ingrid P. Martin

SENT BY FAX ONLY 267-299-5069
Honorable Paul S. Diamond
U.S. District Court for the Eastern District of Pa.
6613 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Re:  Maximino M. Estrada, individually and as
      Administrator of the Estate of Yolanda A. Carias-Santos
      v. Home Depot USA, Inc., American Honda Motor Co., Inc.
      and MTA Distributors, Inc.
      Civil Action No. 08-4367
      Our File No. 2886

FILED
OCT 16 2009
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

Dear Judge Diamond:

This morning I received the notice of electronic filing for the Harleysville Mutual Insurance Company's Petition to Intervene. Your law clerk, Attorney Ben Wiseman, called me this morning with a request that I fax you this letter with plaintiff's position and whether plaintiff had an objection to the intervention.

I have considered the matter of Harleysville's petition. The plaintiff has no objection to the intervention.

Respectfully yours,

LAW OFFICES OF JESSE L. PLEET, P.C.

Jesse L. Pleet
jpleet@pleetfirm.com

JLP:lkd
cc: Kenneth M. Dubrow, Esquire (fax 215-972-7008)
    Tiffany M. Alexander, Esquire (fax 610-964-1981)
    Frederick T. Lachat, Jr., Esquire (fax 215-922-1772)