



# THE CHARTWELL
## LAW OFFICES, LLP

Reply to: Philadelphia Office
The Bell Atlantic Tower Building
1717 Arch Street, 46th Floor
(215) 972-7006
(215) 972-7008 (facsimile)

KENNETH M. DUBROW, ESQUIRE
Direct Dial: (215) 972-5411
kdubrow@chartwelllaw.com

October 16, 2009

**VIA TELEFAX**



The Honorable Paul S. Diamond
United States District Court for
  the Eastern District of PA
U.S. Courthouse, Room 6613
601 Market Street
Philadelphia, PA 19106

FILED
OCT 20 2009
MICHAEL E. KUNZ, Clerk
Dep. Clerk

RE:   Maximino M. Estrada, individually and as administrator of the
      Estate of Yolanda A. Carias-Santos v. Home Depot U.S.A., Inc., et al.
      U.S.D.C., E.D. Pa.; Civil Action No. 08-CV-4367

      Harleysville Mutual Insurance Company v. Home Depot U.S.A., Inc.
      U.S.D.C., E.D. Pa.; Civil Action No. 09-CV-3782

Dear Judge Diamond:

      In response to Your Honor's request for the position of Defendant, Home
Depot U.S.A., Inc. ("Home Depot"), to the motion to intervene filed by
Harleysville Mutual Insurance Company ("Harleysville"), relative to the first of
the above-captioned matters, Home Depot is hoping that Harleysville will
withdraw the petition for the following reasons.

The Honorable Paul S. Diamond
October 16, 2009
Page 2

One, defense counsel in the underlying action have been working diligently in assembling several tiers of jury interrogatories, the first to resolve Plaintiff's claims and the apportionment of damages, assuming same are awarded, between the respective Defendants. In doing so, we believe the second tier of jury interrogatories to address the indemnification claims will include inquiries Harleysville wants addressed in which instance Harleysville's concerns should be assuaged.

Two, in the event Harleysville is unwilling to withdraw its petition, Home Depot will oppose same minimally on two (2) grounds:

(a) The intervention is sought to address issues raised in the declaratory judgment action (the second of the above-captioned matters) which has been stayed per Your Honor's Order dated September 14, 2009; thus, no further action with respect to same, including the relief sought in Harleysville's instant petition, ought be pursued; and,

(b) Had the declaratory judgment action not been stayed, Home Depot would have filed a motion to disqualify Harleysville's counsel, William T. Salzer, Esquire and his firm, Swartz Campbell LLC, as that firm has served as Home Depot's counsel in the past and has been involved, incident to said representation, in addressing indemnification, defense tender and insurance coverage issues for and on behalf of Home Depot. In light of the stay, the motion was not filed; however, if Harleysville's instant motion is to be pursued by Mr. Salzer, Home Depot will have to address that issue now.

In light of the foregoing, we are hoping to resolve the issues raised in Harleysville's motion without further burden upon the Court. If, however, Home Depot elects to respond to the motion, we are respectfully requesting that we be afforded until October 23, 2009 within which to file Home Depot's response.

The Honorable Paul S. Diamond
October 16, 2009
Page 3


Thank you for your courtesy and consideration in this regard.

Respectfully,


KENNETH M. DUBROW

KMD:tlj

cc:   Jesse Pleet, Esquire (via telefax)
      Frederick T. Lachat, Jr., Esquire (via telefax)
      Tiffany M. Alexander, Esquire (via telefax)
      William T. Salzer, Esquire (via telefax)

O:\Philly R Drive\S\Santos (34551)\Correspondence (II)\Ltr to Judge Diamond 10.16.09.doc



# THE CHARTWELL
## LAW OFFICES, LLP

Reply To: Philadelphia
Office Line: (215) 972-7006
E-Mail:

If there is a problem with transmission or if all pages are not received, please call for retransmission.

DATE: October 16, 2009

TO: The Honorable Paul S. Diamond      FAX No.:      (267) 299-5069

FROM: Kenneth M. Dubrow, Esquire

RE: Estrada v. Home Depot, et al.

Number of pages including this cover page: 4

Comments:

This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is PRIVILEGED, CONFIDENTIAL and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone, and return the original to us by mail without making a copy. Thank you.

| Valley Forge Office: | Philadelphia Office: | Harrisburg Office: | Scranton Office: | Pittsburgh Office: | Delaware Office: |
|---|---|---|---|---|---|
| 625 Broadmoor | Bell Atlantic Tower | 1035 Mumma Road | Bank Towers, Suite | 302 Broad Street | 300 Delaware Avenue |
| Road | 1717 Arch Street, 36th | Suite 100 | 320 | Suite 250 | Suite 800 |
| Suite 300 | Floor | Wormleysburg, PA | 321 Spruce Street | Sewickley, PA 15143 | Wilmington, DE |
| Eagleville, PA 19403 | Philadelphia, PA 19103 | 17043 | Scranton, PA 18503 | (412) 741-0699 | 19801 |
| (610) 666-7700 | (215) 972-7006 | (717) 909-5174 | (570) 969-4820 | (412) 741-0696 (fax) | (302) 426-1900 |
| (610) 666-7791 (fax) | (215) 972-7009 (fax) | (717) 909-5174 (fax) | (570) 558-1823 (fax) | | (302) 426-0200 (fax) |