

**MARGOLIS EDELSTEIN**

ATTORNEYS AT LAW
www.margolisedelstein.com

PHILADELPHIA OFFICE:*
THE CURTIS CENTER
170 S. INDEPENDENCE MALL W.
SUITE 400E
PHILADELPHIA, PA 19106-3337
215-922-1100
FAX 215-922-1772

HARRISBURG OFFICE:*
3510 TRINDLE ROAD
CAMP HILL, PA 17011
717-975-8114

PITTSBURGH OFFICE:
525 WILLIAM PENN PLACE
SUITE 3300
PITTSBURGH, PA 15219
412-281-4256

WESTERN PENNSYLVANIA OFFICE:
983 THIRD STREET
BEAVER, PA 15009
724-774-6000

SCRANTON OFFICE:
220 PENN AVENUE
SUITE 305
SCRANTON, PA 18503
570-342-4231

CENTRAL PENNSYLVANIA OFFICE:
P.O. BOX 628
HOLLIDAYSBURG, PA 16648
814-695-5064

SOUTH NEW JERSEY OFFICE:*
100 CENTURY PARKWAY
SUITE 200
MOUNT LAUREL, NJ 08054
856-727-6000

NORTH NEW JERSEY OFFICE:
CONNELL CORPORATE CENTER
THREE HUNDRED CONNELL DRIVE
SUITE 6200
BERKELEY HEIGHTS, NJ 07922
908-790-1401

DELAWARE OFFICE:
750 SHIPYARD DRIVE
SUITE 102
WILMINGTON, DE 19801
302-888-1112

* MEMBER OF THE HARMONIE GROUP

Frederick T. Lachat, Jr.
Direct Dial: 215-931-5850
flachat@margolisedelstein.com
File No.: 40000-0766

October 19, 2009

**Via Fax Only (267-299-5069)**
The Honorable Paul S. Diamond
U.S. District Court for the Eastern District of Pennsylvania
6613 U.S. Courthouse
601 Market Street
Philadelphia, PA

FILED
OCT 20 2009
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

RE: Maximino Estrada, Administrator v. Home Depot U.S.A., Inc., et al.
Civil Action No. 08-CV-4367

Dear Judge Diamond:

Per instructions from your chambers, please be advised that MTA Distributors, Inc. does not oppose the Petition to Intervene filed on behalf of Harleysville Insurance Company.

I have received Mr. Dubrow's letter on behalf of Home Depot, and I agree with his statements that we are endeavoring to draft a mutually agreed-upon second tier of jury verdict interrogatories to address the cross-claims among the defendants, which we believe will be of assistance to the Court and counsel in understanding the jury verdict in the event that there are findings against the defendants.

Respectfully yours,

FREDERICK T. LACHAT, JR.

FTL/mr
cc: Kenneth M. Dubrow, Esquire, Fax: 215-972-7008
Tiffany M. Alexander, Esquire, Fax: 610-964-1981
Jesse L. Pleet, Esquire, Fax: 610-373-8571
William Salzer, Esquire Fax: 215-299-4301

M:\MDir\40000\0766\CORRO\Diamond-agree jury rogs.wpd