

**PHILADELPHIA OFFICE:**
THE CURTIS CENTER
170 S. INDEPENDENCE MALL W.
SUITE 400E
PHILADELPHIA, PA 19106-3337
215-922-1100
FAX 215-922-1772

**HARRISBURG OFFICE:**
3510 TRINDLE ROAD
CAMP HILL, PA 17011
717-975-8114

**PITTSBURGH OFFICE:**
525 WILLIAM PENN PLACE
SUITE 3300
PITTSBURGH, PA 15219
412-281-4256

**WESTERN PENNSYLVANIA OFFICE:**
983 THIRD STREET
BEAVER, PA 15009
724-774-6000

**SCRANTON OFFICE:**
220 PENN AVENUE
SUITE 305
SCRANTON, PA 18503
570-342-4231

**CENTRAL PENNSYLVANIA OFFICE:**
P.O. BOX 628
HOLLIDAYSBURG, PA 16648
814-695-5064

**SOUTH NEW JERSEY OFFICE:**
100 CENTURY PARKWAY
SUITE 200
MOUNT LAUREL, NJ 08054
856-727-6000

**NORTH NEW JERSEY OFFICE:**
CONNELL CORPORATE CENTER
THREE HUNDRED CONNELL DRIVE
SUITE 6200
BERKELEY HEIGHTS, NJ 07922
908-790-1401

**DELAWARE OFFICE:**
750 SHIPYARD DRIVE
SUITE 102
WILMINGTON, DE 19801
302-888-1112

* MEMBER OF THE HARMONIE GROUP

Frederick T. Lachat, Jr.
Direct Dial: 215-931-5850
flachat@margolisedelstein.com
File No.: 40000-0766

October 23, 2009

<u>Via Facsimile</u>
The Honorable Paul S. Diamond
U.S. District Court for the Eastern District of Pennsylvania
6613 U.S. Courthouse
601 Market Street
Philadelphia, PA

RE: Estrada v. Home Depot U.S.A., et al.
Civil Action No.: 5:08-CV-4367

Dear Judge Diamond:

I am enclosing herewith a copy of a letter which I have forwarded to Judge Manfredi concerning a case which I have listed for trial in Philadelphia which precedes the trial in the above matter. As you can see, I have asked that Judge Manfredi take steps to expedite pretrial rulings in that case so that the start of the trial in that case is not delayed.

I thought it advisable to bring these issues to the attention of the Court earlier rather than later.

Respectfully yours,

FREDERICK T. LACHAT, JR.

cc: *via facsimile:*
Jesse Pleet, Esquire
Kenneth Dubrow, Esquire
Tiffany Alexander, Esquire

M:\MDL\M0000\0766\CORRO\JudgeDiamond.wpd

**MARGOLIS EDELSTEIN**

ATTORNEYS AT LAW
www.margolisedelstein.com

PHILADELPHIA OFFICE:*
THE CURTIS CENTER
170 S. INDEPENDENCE MALL W.
SUITE 400E
PHILADELPHIA, PA 19106-3337
215-922-1100
FAX 215-922-1772

HARRISBURG OFFICE:*
3510 TRINDLE ROAD
CAMP HILL, PA 17011
717-975-8114

PITTSBURGH OFFICE:
525 WILLIAM PENN PLACE
SUITE 3300
PITTSBURGH, PA 15219
412-281-4256

WESTERN PENNSYLVANIA OFFICE:
983 THIRD STREET
BEAVER, PA 15009
724-774-6000

SCRANTON OFFICE:
220 PENN AVENUE
SUITE 305
SCRANTON, PA 18503
570-342-4231

CENTRAL PENNSYLVANIA OFFICE:
P.O. BOX 628
HOLLIDAYSBURG, PA 16648
814-695-5064

SOUTH NEW JERSEY OFFICE:*
100 CENTURY PARKWAY
SUITE 200
MOUNT LAUREL, NJ 08054
856-727-6000

NORTH NEW JERSEY OFFICE:
CONNELL CORPORATE CENTER
THREE HUNDRED CONNELL DRIVE
SUITE 6200
BERKELEY HEIGHTS, NJ 07922
908-790-1401

DELAWARE OFFICE:
750 SHIPYARD DRIVE
SUITE 102
WILMINGTON, DE 19801
302-888-1112

* MEMBER OF THE HARMONIE GROUP

Frederick T. Lachat, Jr.
Direct Dial: 215-931-5850
flachat@margolisedelstein.com
File No.: 27950-0004

October 23, 2009

**Via Facsimile**
The Honorable William J. Manfredi
City Hall, Room 510
Philadelphia, PA 19107

    RE:    Chavez v. Corfu Contractors, Inc., et al.
            September, 2007, Civil Action No. 0045

Dear Judge Manfredi:

       I represent defendant, Corfu Contractors, Inc. in the above matter. I am writing to advise of issues relating to the scheduling of this matter. We appreciate that you assigned this case for a date certain trial to commence with jury selection on Friday, October 30, 2009 and trial testimony to commence on November 2, 2009. Based on the number of witnesses in the trial, etc., we had anticipated that this case would need about seven days to be tried, and we certainly expected that the trial would be concluded by no later than November 13, 2009 under any circumstances.

       I am attached for trial before the Honorable Paul S. Diamond in the U.S. District Court in the case of <u>Estrada v. Home Depot USA, et al.</u>, in the U.S. District Court for the Eastern District of Pennsylvania under Civil Action No. 5:08-CV-4367 to commence on November 17, 2009.

       As of this date, there are currently pending five (5) motions for partial summary judgment, and ten (10) motions in limine. It does not appear that the partially dispositive motions have been assigned for disposition. I am concerned that the number of pending motions may delay the testimony in the trial. I respectfully suggest that it would be helpful if the pending motions for partial summary judgment could be ruled upon, and if the assigned trial judge could be identified earlier then the date for jury selection, perhaps we could address all of the outstanding motions through a conference with the assigned

The Honorable William J. Manfredi
October 23, 2090
Page 2

trial judge. It may also follow that rulings on these motions would assist in leading to a resolution of this case, or at least greatly expedite the trial.

    Thank you for your consideration of this request.

                      Very truly yours,

                      FREDERICK T. LACHAT, JR.

Enclosure
cc:    *via facsimile:*
        The Honorable Paul S. Diamond
        Neil Murray, Esquire
        Bradley Remick, Esquire
        Richard Abell, Esquire
        Jesse Pleet, Esquire
        Kenneth Dubrow, Esquire
        Tiffany Alexander, Esquire