



# THE CHARTWELL
## LAW OFFICES, LLP

Reply to: Philadelphia Office
The Bell Atlantic Tower Building
1717 Arch Street, 46th Floor
(215) 972-7006
(215) 972-7008 (facsimile)

KENNETH M. DUBROW, ESQUIRE
Direct Dial: (215) 972-5411
kdubrow@chartwelllaw.com

October 23, 2009

**VIA TELEFAX**

The Honorable Paul S. Diamond
United States District Court for
  the Eastern District of PA
U.S. Courthouse, Room 6613
601 Market Street
Philadelphia, PA 19106

FILED
OCT 26 2009
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

RE:   Maximino M. Estrada, individually and as administrator of the
      Estate of Yolanda A. Carias-Santos v. Home Depot U.S.A., Inc., et al.
      U.S.D.C., E.D. Pa.; Civil Action No. 08-CV-4367

Dear Judge Diamond:

Defendant, Home Depot U.S.A., Inc. ("Home Depot") has no objection to the relief sought in Plaintiff's motion *in limine* (doc. 96) to bar reference to decedent's family members' immigration status at trial in connection with the above-captioned matter.

Thank you for your courtesy and consideration in this regard.

Respectfully,

KENNETH M. DUBROW

KMD:tlj

cc:   Jesse Pleet, Esquire (via telefax and regular first class mail)
      Frederick T. Lachat, Jr., Esquire (via telefax and regular first class mail)
      Tiffany M. Alexander, Esquire (via telefax and regular first class mail)

PENNSYLVANIA | DELAWARE | NEW YORK | NEW JERSEY | FLORIDA

www.chartwelllaw.com

O:\Philly R Drive\S\Santos (34551)\Correspondence (II)\Ltr to Judge Diamond 10.22.09.doc



# THE CHARTWELL
## LAW OFFICES, LLP

Reply To Philadelphia
The Bell Atlantic Tower Building
1717 Arch Street, 46th Floor
Philadelphia, PA 19102
Office Line: (215) 972-7006

If there is a problem with transmission or if all pages are not received, please call for retransmission.

DATE: October 23, 2009

TO: The Honorable Paul S. Diamond    FAX No.: (267) 299-5069

FROM: Kenneth M. Dubrow, Esquire

RE: Maximino M. Estrada, individually and as administrator of the Estate of Yolanda A. Carias-Santos v. Home Depot U.S.A., Inc., et al.

Number of pages including this cover page:

Comments:

PENNSYLVANIA | DELAWARE | NEW YORK | NEW JERSEY | FLORIDA

www.chartwelllaw.com

This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is PRIVILEGED, CONFIDENTIAL and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone, and return the original to us by mail without making a copy. Thank you.