



ATTORNEYS AT LAW
www.margolisedelstein.com

PHILADELPHIA OFFICE:*
THE CURTIS CENTER
170 S. INDEPENDENCE MALL W.
SUITE 400E
PHILADELPHIA, PA 19106-3337
215-922-1100
FAX 215-922-1772

HARRISBURG OFFICE:*
3510 TRINDLE ROAD
CAMP HILL, PA 17011
717-975-8114

PITTSBURGH OFFICE:
525 WILLIAM PENN PLACE
SUITE 3300
PITTSBURGH, PA 15219
412-281-4256

WESTERN PENNSYLVANIA OFFICE:
983 THIRD STREET
BEAVER, PA 15009
724-774-6000

SCRANTON OFFICE:
220 PENN AVENUE
SUITE 305
SCRANTON, PA 18503
570-342-4231

CENTRAL PENNSYLVANIA OFFICE:
P.O. BOX 628
HOLLIDAYSBURG, PA 16648
814-695-5064

SOUTH NEW JERSEY OFFICE:*
100 CENTURY PARKWAY
SUITE 200
MOUNT LAUREL, NJ 08054
856-727-6000

NORTH NEW JERSEY OFFICE:
CONNELL CORPORATE CENTER
THREE HUNDRED CONNELL DRIVE
SUITE 6200
BERKELEY HEIGHTS, NJ 07922
908-790-1401

DELAWARE OFFICE:
750 SHIPYARD DRIVE
SUITE 102
WILMINGTON, DE 19801
302-888-1112

* MEMBER OF THE HARMONIE GROUP

Frederick T. Lachat, Jr.
Direct Dial: 215-931-5850
flachat@margolisedelstein.com
File No.: 40000-0766

October 27, 2009

**Via Facsimile**
The Honorable Paul S. Diamond
U.S. District Court for the Eastern District of Pennsylvania
6613 U.S. Courthouse
601 Market Street
Philadelphia, PA

FILED
OCT 28 2009
MICHAEL E. KUNZ, Clerk
By ______ Dep. Clerk

**RE: Estrada v. Home Depot U.S.A., et al.**
**Civil Action No.: 5:08-CV-4367**

Dear Judge Diamond:

Please be advised that defendant, MTA Distributors, does not oppose the plaintiff's Motion in Limine concerning references to the decedent's family members' immigration status, and accordingly my client has no objection to the relief sought.

Respectfully yours,

FREDERICK T. LACHAT, JR.

cc: *via facsimile:*
Jesse Pleet, Esquire
Kenneth Dubrow, Esquire
Tiffany Alexander, Esquire

M:\MDir\40000\0766\CORRO\Diamond.motionlimine.wpd