# CAMPBELL CAMPBELL EDWARDS & CONROY
PROFESSIONAL CORPORATION



| | |
|---|---|
| WAYNE, PENNSYLVANIA<br>690 LEE ROAD<br>SUITE 300<br>WAYNE, PA 19087<br>TEL: (610) 964-1900<br>FAX: (610) 964-1981 | PHILADELPHIA, PENNSYLVANIA<br>TWO PENN CENTER PLAZA<br>SUITE 200<br>PHILADELPHIA, PA 19102<br>TEL: (215) 564-0160<br>FAX: (610) 964-1981 |

TIFFANY M. ALEXANDER
(610) 964-6385
talexander@campbell-trial-lawyers.com

*Please direct all correspondence and deliveries to Wayne, PA Office.*

October 26, 2009

VIA FACSIMILE (267-299-5069)
Honorable Paul S. Diamond
United States District Court for the Eastern District of Pennsylvania
James A. Byrne Federal Courthouse
601 Market Street
Philadelphia, PA 19106

    RE:   <u>Maximino M. Estrada v. Home Depot, U.S.A., Inc.; American Honda Motor Company, Inc. and MTA Distributors, Inc.</u>
          U.S. District Court – Eastern District of PA Docket No. 08-4367

Dear Judge Diamond:

    I am in receipt of Plaintiff's Motion *in Limine* to Bar All Evidence and Testimony at Trial Concerning Immigration Status of Decedent's Family filed on October 20, 2009. I write to advise that American Honda Motor Company does not oppose the motion.

    Thank you for you consideration of this matter.

                          Respectfully,

                          CAMPBELL CAMPBELL EDWARDS & CONROY, P.C.

                          *[signature]*
                          Tiffany M. Alexander, Esquire
                          Counsel for American Honda Motor Company, Inc.

FILED
OCT 28 2009
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

TMA/seb
cc:    Jesse L. Pleet, Esquire (via facsimile and regular first class mail)
       Frederick T. LaChat, Jr., Esquire (via facsimile and regular first class mail)
       Kenneth M. Dubrow, Esquire (via facsimile and regular first class mail)