

# LAW OFFICES OF JESSE L. PLEET, P.C.

1150 Berkshire Blvd.
Suite 220
Wyomissing, PA 19610

(610) 373-8570
(800) 270-8570
Fax (610) 373-8571

www.lawyers.com/pleetfirm

Jesse L. Pleet
*Certified Civil Trial Specialist*
*National Board Of Trial Advocacy*

Certified Paralegals
Sandra M. Gamler
Denise D. Belluch
Ingrid P. Martin

October 27, 2009

SENT BY FACSIMILE ONLY 267-299-5069
Honorable Paul S. Diamond
U.S. District Court for the Eastern District of Pa.
6613 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Re: Maximino M. Estrada, individually and as
Administrator of the Estate of Yolanda A. Carias-Santos
v. Home Depot USA, Inc., American Honda Motor Co., Inc.
and MTA Distributors, Inc.
Civil Action No. 08-4367
Our File No. 2886

FILED
OCT 28 2009
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

Dear Judge Diamond:

I received a copy of Attorney Lachat's letter of October 23 alerting the Court to his attachment for trial in another matter. A reasonable inference is the possibility Attorney Lachat might not be available when trial in this case commences November 17, 2009.

This case has been on the Court's docket for trial starting November 17 since May 4, 2009 as set forth in the Court's Second Amended Scheduling Order. A continuance at this late date would present a serious hardship. The coordination for witnesses to appear on plaintiff's behalf is extensive.

Please confirm that the trial is starting as scheduled on November 17, 2009 so we can continue to work toward commencement of trial.

Respectfully yours,

LAW OFFICES OF JESSE L. PLEET, P.C.

Jesse L. Pleet
jpleet@pleetfirm.com

JLP:lkd
cc: Kenneth M. Dubrow, Esquire (fax 215-972-7008)
    Tiffany M. Alexander, Esquire (fax 610-964-1981)
    Frederick T. Lachat, Jr., Esquire (fax 215-922-1772)