

## LAW OFFICES OF JESSE L. PLEET, P.C.

1150 Berkshire Blvd.  (610) 373-8570
Suite 220  (800) 270-8570
Wyomissing, PA  19610  Fax (610) 373-8571

www.lawyers.com/pleetfirm

Jesse L. Pleet
*Certified Civil Trial Specialist*
*National Board Of Trial Advocacy*

Certified Paralegals
Sandra M. Gamler
Denise D. Belluch
Ingrid P. Martin

December 22, 2009

SENT BY FACSIMILE ONLY 267-299-5069
Honorable Paul S. Diamond
U.S. District Court for the Eastern District of Pa.
6613 U.S. Courthouse
601 Market Street
Philadelphia, PA  19106

Re: Maximino M. Estrada, individually and as Administrator of the Estate of
Yolanda A. Carias-Santos v. Home Depot USA, Inc., American Honda
Motor Co., Inc. and MTA Distributors, Inc.
Civil Action No. 08-4367
Our File No. 2886

Dear Judge Diamond:

The final settlement payment arrived this morning from defense counsel. The Confidential Mutual Release Settlement Agreement had been signed by Mr. Estrada and returned to defense counsel paving the way for the settlement drafts to issue. Structures have been established for each of the children.

We are still waiting for the signature page from one of the defendants for the release, which had been signed in counterparts. All other parties have signed the release. We expect the last signature page shortly.

For all intents and purposes from plaintiff's perspective the settlement has been fully consummated. Distribution of all settlement funds by the defendants and their representatives has been made.

Honorable Paul S. Diamond                                      December 22, 2009
U.S. District Court for the Eastern District of Pa.                    Page 2

    I know I speak for all counsel thanking the Court in facilitating the settlement which amicably resolved the case short of trial. Best wishes for the holidays!

                    Respectfully yours,

                    LAW OFFICES OF JESSE L. PLEET, P.C.

                    Jesse L. Pleet
                    jpleet@pleetfirm.com

JLP:sld
cc: Kenneth M. Dubrow, Esquire (fax 215-972-7008)
    Tiffany M. Alexander, Esquire (fax 610-964-1981)
    Frederick T. Lachat, Jr., Esquire (fax 215-922-1772)